*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 19, 2015                    519538
_____

In the Matter of TROY McRAE,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT
BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision, et al.,
                    Respondents.
_____

Calendar Date:  January 20, 2015

Before:  Lahtinen, J.P., McCarthy, Rose and Lynch, JJ.

_____

        Troy McRae, Collins, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus
Mastracco of counsel), for respondents.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent Commissioner of Corrections
and Community Supervision which found petitioner guilty of
violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose and Lynch, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court